FORM orftax (Rev. 01/13)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  GFD Construction, Inc.                              Bankruptcy Case No.:  16–30087–JCO
       fdba GFD Sand Pit, Inc.
       Tax ID: 92–0179607
        Debtor

                                                                                                    Chapter:  11
                                                                                                     Judge:  Jerry C. Oldshue Jr.

*ORDER TO FILE FEDERAL AND STATE
TAX RETURNS AND TO DEPOSIT STATE AND FEDERAL TAXES*

    To ensure that the debtor pays all post–petition tax obligations, timely files all federal and state tax returns (including any delinquent returns) and remains current on all federal and state taxes coming due after the commencement of the case, the Court orders as follows:

    1. The debtor shall file with the appropriate agency all delinquent federal or state tax returns or reports within thirty (30) days from the date of this order.

    2. The debtor shall make all tax deposits as required by the Internal Revenue Service and the State of Florida within three (3) business days following the end of each pay period. Payments shall be made in accordance with the taxing authority's proscribed procedure for collecting such deposits.

    3. The debtor shall timely file all federal and state tax returns required to be filed after the commencement of this case and shall timely pay all personal federal and state taxes that are due and payable after the commencement of this case.

    4. The debtor shall maintain copies of all tax returns, reports, and proof of all payments and make these available for inspection upon request by any representative of the appropriate taxing agency, the United State Trustee, or any trustee appointed in this case.

    ***DONE AND ORDERED*** at Tallahassee, Florida, February 2, 2016.

                                                                                    /s/ Jerry C. Oldshue Jr.
                                                                                    Jerry C. Oldshue Jr.
Service by the Court to:                                U.S. Bankruptcy Judge
    Debtor
    Debtor(s) Attorney
    U.S. Trustee