# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re:

GFD CONSTRUCTION, INC.                Chapter 11

                                                           Bankruptcy Case No.: 16-30087-JCO

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1 (B), the Debtor-in Possession Anthony Green, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

   **February 1, 2016**

2. Names, case numbers and dates of filing of related debtors:

   **N/A**

3. Description of debtor's business:

   **Sand Mining and Recycling Facility**

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **470 E Ensley Street Pensacola, Florida 32514**

5. Reasoning for filing chapter 11:

   **Creditors filed suit in a separate state action in Escambia County. Court awarded significant fees and sanctions. GFD Construction was unable to pay causing creditors to seek foreclosure on land owned by GFD Construction.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of the petition.

   **Year to date gross income: 5,900.00**
   **Year to date gross income for year prior to filing: Not applicable. Business was inactive.**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

      **N/A**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

      **N/A**

   c. Amount of unsecured claims:

      **J. Arby Van Slyke, $82,075.00**
      **Mark Bednar, $200,260.00**
      **Thomas D. King, $140,689.71**

9. General Description and approximate value of the debtor's assets:

   **Power Screen Wash Plant- $12,800**
   **Twin Screen sand washing plant $18,500**
   **85 Foot conveyor belt-$9,000**
   **100,000 KW generator- $4,000**
   **8X6 Water pump power by 360 Mack engine-$3,500**
   **6X6 water pump power by Detroit engine $2,500**

**320 Hyundai excavator-$15,000**
**250 Hyundai loader $10,000**
**Sand dredging 40X20 = 10X8 pump $30,000**
**Sand dredging 48X14=8X8 pump $15,000**

**Land approximately 58 acres**

10. List of all insurance companies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

11. Number of employees and amounts of wages owed as of petition date:

    **N/A**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by local Rule 2081-1(A):

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **N/A**

/s/ Anthony Green
Signature
Anthony Green
(Name of Corporate Officer or Authorized Representative)

/s/ Brandi Thomas
Signature

619 North Copeland Street
Name and Address of Debtor's Attorney

Tallahassee, FL 32304

0050884
Florida Bar No.